# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>J & J CONSULTING SERVICES, INC.,<br><br>Debtor.<br><br>☒ Affects this Debtor.<br><br>In re<br><br>J AND J PURCHASING, LLC,<br><br>Debtor.<br><br>☒ Affects this Debtor. | Case No. 2:22-cv-01352-CDS-EJY<br><br>Case No. BK-22-10942-MKN<br><br>Chapter 11<br><br>**LEAD CASE**<br><br>**Jointly Administered with:**<br><br>Case No. BK-22-10943-MKN<br><br>Chapter 11<br><br>**[PROPOSED] ORDER GRANTING RECEIVER'S EX PARTE MOTION FOR ORDER WITHDRAWING BANKRUPTCY CASES FROM REFERENCE TO BANKRUPTCY COURT**<br><br>**(ECF No. 315)** |

On August 15, 2022, Geoff Winkler (the "Receiver"), the receiver for J & J Consulting Services, Inc., a Nevada corporation ("J&J Consulting (NV)") and J and J Purchasing, LLC ("J&J Purchasing," and together, with J&J Consulting (NV), the "Debtors"), the debtors and debtors in possession in the above-captioned chapter 11 cases, filed the *Receiver's Ex Parte Motion for Order Withdrawing Bankruptcy Cases from Reference to Bankruptcy Court* (the "Motion"), ECF No. 315, requesting that the United States District Court for the District of Nevada withdraw the above-captioned, jointly administered bankruptcy cases of the Debtors and the related adversary proceedings from reference to the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court").

The Court has considered the Receiver's Motion and the supporting papers and has concluded that the interests of preventing further delay and costs to the parties, maintaining the efficient use of judicial resources, and ensuring uniformity of the receivership and bankruptcy administration support the granting of the Motion. Accordingly,

1   IT IS HEREBY ORDERED that

2   The Receiver's Motion (ECF No. 315) is granted.

3   The reference to the Bankruptcy Court of the bankruptcy case captioned as *In re J and J*
4   *Consulting Services, Inc.* and bearing Case No. 22-10942 (the "J&JC Bankruptcy Case") is
5   withdrawn, and the J&JC Bankruptcy Case is returned to this Court.

6   The reference to the Bankruptcy Court bankruptcy case captioned as *In re J and J*
7   *Purchasing, LLC* and bearing Case No. 22-10943 (the "J&JP Bankruptcy Case") is withdrawn, and
8   the J&JP Bankruptcy Case is returned to this Court.

9   The J&JC Bankruptcy Case and J&JP Bankruptcy Case shall remain jointly administered
10  before this Court, with the J&JC Bankruptcy Case continuing to serve as the lead bankruptcy case.

11  The reference to the Bankruptcy Court of the adversary proceeding captioned as *J and J*
12  *Consulting Services, Inc. v. Jeffrey J. Judd, et al.* and bearing Adv. Proc. No. 22-01061 is
13  withdrawn, and the adversary proceeding is returned to this Court.

14  The reference to the Bankruptcy Court of the adversary proceeding captioned as *J and J*
15  *Purchasing, LLC v. Jeffrey J. Judd, et al.* and bearing Adv. Proc. No. 22-01062 is withdrawn, and
16  the adversary proceeding is returned to this Court.

17  The reference to the Bankruptcy Court of the adversary proceeding captioned as *Mark A.*
18  *Murphy, et al. v. Matthew Beasley, et al.* and bearing Adv. Proc. No. 22-01066 is withdrawn, and
19  the adversary proceeding is returned to this Court.

20  The reference to the Bankruptcy Court of the adversary proceeding captioned as *J and J*
21  *Consulting Services, Inc., et al. v. Mark A. Murphy, et al.* and bearing Adv. Proc. No. 22-01069 is
22  withdrawn, and the adversary proceeding is returned to this Court.

23  ///
24  ///
25  ///
26  ///
27  ///
28

1  The reference to the Bankruptcy Court of the adversary proceeding captioned as *J and J Consulting Services, Inc., et al. v. Mark A. Murphy, et al.* and bearing Adv. Proc. No. 22-01070 is withdrawn, and the adversary proceeding is returned to this Court.

IT IS SO ORDERED.

DATED this  August 23, 2022.

_____
Cristina D. Silva
United States District Judge